IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| SK TRAVEL, LLC ) | |
| ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 04-0224-CV-W-DW |
| ) | |
| NATIONAL UNION FIRE ) | |
| INSURANCE COMPANY OF ) | |
| PITTSBURGH, PENNSYLVANIA ) | |
| Defendant (s) ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED** THAT the Court finds in favor of Plaintiff SK Travel LLC in the amount of $716,317.06. Further, the Court orders that each party may file one brief (five pages or less) on the issues of prejudgment interest and attorney fees within 15 days of the date of this order.

PATRICIA L. BRUNE, CLERK

Date: September 7, 2006      By: /s/ Y. Johnson
                                 Deputy Clerk